HANNAH ELIZABETH WHITAKER  UPROVA CREDIT
105D MEADOWOOD DR          635 HWY 20 V
CLINTON, MS 39056          UPPER LAKE, CA 95485

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE AMERICA
319 HWY 80 E
CLINTON, MS 39056

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

COMENITY BANK
ATTN: BANKRUPTCY
P.O.BOX 182273
COLUMBUS, OH 43218

COVINGTON CREDIT
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

NELNET
PO BOX 82561
LINCOLN, NE 68501

REPUBLIC FINANCE
909 OLD VICKSBURG RD
STE 1
CLINTON, MS 39056