United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 26-01004-JAW

Hannah Elizabeth Whitaker                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                     User: mssbad                          Page 1 of 2

Date Rcvd: Jun 23, 2026                  Form ID: n031                    Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hannah Elizabeth Whitaker, 105D Meadowood Dr, Clinton, MS 39056-5926 |
| 5650341 | | Uprova Credit, 635 Hwy 20 V, Upper Lake, CA 95485 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2026 19:47:29 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5650334 | + | Email/Text: bnc@teampurpose.com | Jun 23 2026 19:38:00 | Advance America, 319 Hwy 80 E, Clinton, MS 39056-4717 |
| 5650335 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 23 2026 19:47:30 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5651965 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2026 19:47:29 | Bridgecrest Acceptance Corporation Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5650336 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2026 19:47:29 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5650337 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2026 19:38:00 | Comenity Bank, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5650338 | + | Email/Text: bankruptcy@curo.com | Jun 23 2026 19:38:00 | Covington Credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5673548 | + | Email/Text: bankruptcy@curo.com | Jun 23 2026 19:38:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5650339 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 23 2026 19:38:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5683989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2026 19:47:34 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5652486 | + | Email/Text: bnc@teampurpose.com | Jun 23 2026 19:38:00 | PURPOSE FINANCIAL, INC, PO BOX 3058, SPARTANBURG SC 29304-3058 |
| 5683629 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2026 19:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5650340 | | Email/Text: bankruptcy@republicfinance.com | Jun 23 2026 19:38:00 | Republic Finance, 909 Old Vicksburg Rd, Ste 1, Clinton, MS 39056 |
| 5661742 | | Email/Text: bankruptcy@republicfinance.com | Jun 23 2026 19:38:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5663704 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 23 2026 19:38:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln NE 68508-1911 |

TOTAL: 15

District/off: 0538-3

Date Rcvd: Jun 23, 2026

User: mssbad

Form ID: n031

Page 2 of 2

Total Noticed: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5673549 | *+ | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Thomas Carl Rollins, Jr | on behalf of Debtor Hannah Elizabeth Whitaker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−01004−JAW
**Chapter:**  13

**In re:**

Hannah Elizabeth Whitaker
aka Hannah Whitaker
105D Meadowood Dr
Clinton, MS 39056

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 23, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 23, 2026

Danny L. Miller, Clerk of Court